UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DIONNE CHRISTIAN

    Plaintiffs,

V.                                                                    CIVIL ACTION NO
                                                                                  8:11-cv-02790-RWT

RUSHMORE SERVICE CENTER, LLC

Defendant.                                                        NOVEMBER 10, 2011

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                              THE PLAINTIFF

                                                              BY <u>/S/Bernard T. Kennedy</u>
                                                              Bernard T. Kennedy, Esquire
                                                              The Kennedy Law Firm
                                                              P.O. Box 657
                                                              Edgewater, MD 21037
                                                              Ph   (443) 607-8901
                                                              Fax (443) 607-8903
                                                              Fed. Bar # Md26843
                                                              <u>bernardtkennedy@yahoo.com</u>

"APPROVED" THIS 15th DAY
of November 2011

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE